Order Filed on April 23, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN** Eric J Clayman, Esquire 412 White Horse Pike Audubon, NJ 08106 (856) 546-9696 Attorneys for the Debtor | |
| In Re: Lauryn Keenan, | Case No.: 17-14370 Chapter: 13 Hearing Date: 3/26/2019 Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: April 23, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $___628.00___ services rendered and expenses in the amount of $__10.85__ for a total of $_638.85_____. The allowance is payable:

X   through the Chapter 13 plan as an administrative priority.
___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____636.00_____ per month for _____35_____ months to allow for payment of the above fee.