**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with N.J.N. JBR 9004-2(c)**
Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com

*Counsel to Citizens Bank, N.A.*

Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Lauryn N. Keenan,

        Debtor.

Chapter 13

Case No. 17-14370 JNP

**ORDER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: May 6, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Upon the motion of Citizens Bank, N.A., ("Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as set forth herein, and for cause shown it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions is the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property:

**2015 CHEVROLET CRUZE VIN 1G1PC5SB0F7120147**

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its actions irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, their attorney, any trustee and any other party who entered an appearance on the motion.