**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lauryn N. Keenan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5673<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–14370–JNP | |

# Order of Discharge                               12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Lauryn N. Keenan
    aka Lauryn N. Fratto

5/11/22                                     **By the court:** Jerrold N. Poslusny Jr.
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Lauryn N. Keenan  
    Debtor

Case No. 17-14370-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: May 11, 2022     Form ID: 3180W     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauryn N. Keenan, 143 Ascot Drive, Mount Royal, NJ 08061-1119 |
| cr | | Santander Bank, N.A., Gross McGinley, LLP, c/o Loren Speziale, 33 South Seventh Street, PO Box 4060 Allentown, PA 18105-4060 |
| 516684799 | + | AmexDSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 516771506 | + | Anthony Fratto, 25 Engle Place, Runnemede, NJ 08078-1250 |
| 516684802 | | Citizen Bank, PO Box 42115, Providence, RI 02940-2115 |
| 516684806 | + | Geico, 8000 Lincoln Drive East, Marlton, NJ 08053-1565 |
| 516746837 | + | Santander Bank, N.A., c/o Loren Speziale, Esq., 33 South Seventh Street, Alllentown, PA 18101-2436 |
| 519304352 | | Santander Bank, NA, PO Box 847051, Boston, MA 02284-7051 |
| 518133220 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133221 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516840089 | + | TD Bank N.A., Michael E. Blaine Esq, 30 Montgomery Street Suite 1205, Jersey City NJ 07302-3835 |
| 516839387 | + | TD Bank, N.A., Payment Processing, P.O. Box 16029, Lewiston, ME 04243-9507 |
| 518029077 | + | Toyota Motor Credit Corporation, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516684815 | + | Wells Fargo/America's Servicing Company, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516807404 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 11 2022 20:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 516684803 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 11 2022 20:50:00 | Citizens One Auto Finance, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 516910011 | + | Email/Text: bankruptcy@cavps.com | May 11 2022 20:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516684801 | + | EDI: CITICORP.COM | May 12 2022 00:43:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516684804 | | EDI: WFNNB.COM | May 12 2022 00:43:00 | Comenity Bank/New York & Co., PO Box 182125, Columbus, OH 43218-2125 |
| 516684805 | | EDI: DISCOVER.COM | May 12 2022 00:43:00 | Discover Financial Services, LLC, PO BOX 15316, Wilmington, DE 19850 |
| 516684807 | + | EDI: CITICORP.COM | May 12 2022 00:43:00 | Macy DSNB, 9111 Duke Blvd, Mason, OH 45040 |
| 516905713 | | EDI: Q3G.COM | May 12 2022 00:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516695213 | | EDI: DISCOVER.COM | May 12 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box |

| District/off: 0312-1 | User: admin | | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 3180W | | | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 516684800 | | EDI: JPMORGANCHASE | May 12 2022 00:43:00 | 3025, New Albany, OH 43054-3025<br>Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516904729 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 20:58:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516838216 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2022 20:51:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516875008 | | EDI: Q3G.COM | May 12 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516684809 | + | EDI: RMSC.COM | May 12 2022 00:43:00 | SYNCB/HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 516684810 | + | EDI: RMSC.COM | May 12 2022 00:43:00 | SYNCB/PayPal, PO BOX 965005, Orlando, FL 32896-5005 |
| 516684808 | + | Email/Text: DeftBkr@santander.us | May 11 2022 20:51:00 | Santander Bank, 840 Penn Avenue, Wyomissing, PA 19610-3016 |
| 516748483 | + | Email/Text: DeftBkr@santander.us | May 11 2022 20:51:00 | Santander Bank, 601 Penn Street 10-6438, Reading PA 19601-3563 |
| 518133220 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 11 2022 20:51:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133221 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 11 2022 20:51:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516687824 | + | EDI: RMSC.COM | May 12 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516684811 | | EDI: AISTMBL.COM | May 12 2022 00:43:00 | T Mobile, PO BOX 742596, Cincinnati, OH 45274 |
| 516684812 | | EDI: TDBANKNORTH.COM | May 12 2022 00:43:00 | TD Bank, 70 Gray Road, Falmouth, ME 04105 |
| 516684813 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 11 2022 20:51:00 | Toyota Financial Services, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 516745018 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 11 2022 20:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518430929 | | Email/PDF: bncnotices@becket-lee.com | May 11 2022 20:58:29 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516875726 | + | EDI: WFFC.COM | May 12 2022 00:43:00 | U.S. Bank National Association, as Trustee..., c/o Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516812911 | + | EDI: AIS.COM | May 12 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516684814 | + | EDI: VERIZONCOMB.COM | May 12 2022 00:43:00 | Verizon, PO BOX 15124, Albany, NY 12212-5124 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Lauryn N. Keenan mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Lauryn N. Keenan mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Loren L. Speziale | on behalf of Creditor Santander Bank  N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ecf@powerskirn.com |

TOTAL: 11